**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2002 DEC -6  AM 10: 17
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| **STEVE PROVOST** | § **CIVIL ACTION NO. 01-3261** |
| **Plaintiff,** | § |
| | § |
| **v.** | § |
| | § |
| **PEGASUS INTERNATIONAL, INC. f/k/a** | § |
| **MPC INTERNATIONAL, INC.,** | § **JUDGE SECT. B** |
| **MPC INTERNATIONAL, INC. PROFIT** | § |
| **SHARING AND SAVINGS PLAN A/K/A** | § |
| **MARINE PIPELINE CONSULTANTS,** | § |
| **INC. PROFIT SHARING AND SAVINGS** | § |
| **PLAN, AND MPC INTERNATIONAL,** | § **MAGISTRATE 2** |
| **INC., AS ADMINISTRATORS OF THE** | § |
| **BLUE CROSS MANAGED HEALTH CARE** | § |
| **PLAN AND THE GROUP MANAGED** | § |
| **HEALTH CARE INDEMNITY PLAN** | § |
| | § |
| **Defendant.** | § **JURY TRIAL** |

**PLAINTIFF'S RESPONSE TO DEFENDANTS'**
**MEMORANDUM IN OPPOSITION OF NOTICE TO DISMISS**

Comes Now Steve Provost and files this response to Defendants' Memorandum in Opposition to Notice to Dismiss. Plaintiff would show the Court that:

First, Federal Rule of Civil Procedure permits a party to dismiss his complaint without prejudice at any time before an answer or motion for summary judgment is filed. See F.R.C.P. 41(a)(1). Defendants chose not to answer and not to file a motion for summary judgment. Their reasons for doing so are irrelevant.

Second, Defendants' arguments run contrary to the Federal Rules of Civil Procedure. Plaintiff withdrew his claims and notified Defendants of same. Defendants were the entities that moved for arbitration. Defendants' decision to seek arbitration

cannot keep an individual from exercising his right to withdraw his claims as permitted by the Federal Rules of Civil Procedure.

Third, when a court stays a claim, it does not relinquish its rights to acknowledge a dismissal in conformity with the Federal Rule of Civil Procedure. To hold otherwise would mean that a party who files a lawsuit that is sent to arbitration would never have the right to decide not to proceed with his claims if the other party invoked arbitration. There is no support in law or fact for this conclusion.

Wherefore, Plaintiff respectfully requests that the Court acknowledge its Notice of Dismissal with Prejudice and close the file.

Respectfully Submitted,

Judith Batson Sadler
Texas State Bar #17511850
Trial Attorney
Charles E. Sykes
Texas State Bar #19592300
50 Briar Hollow, Suite 550E
Houston, Texas 77027
(713) 877-8111   Telephone
(713) 877-8188   Facsimile

**OF COUNSEL:**
**SADLER & SYKES, L.L.P.**

2

AND

_J. Ricky LaFleur_
Louisiana State Bar #19662
Two South Magdalen Square
Suite 207
Abbeville, Louisiana 70510
(337) 893-2030      Telephone
(337) 898-6070      Facsimile

**OF COUNSEL:**
**J. RICKY LAFLEUR, P.L.C.**

**ATTORNEYS FOR PLAINTIFF**

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served via certified mail, return receipt requested on this 25th day of November, 2002, to:

Lance J. Arnold
Baldwin & Haspel, L.L.C.
2200 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2200

Kerry C. Williams
Chamberlain, Hrdlicka, White,
   Williams & Martin
1200 Smith Street, Suite 1400
Houston, Texas 77002-4310

_Judith Batson Sadler_

3

# SEE RECORD FOR
# EXHIBITS
# OR
# ATTACHMENTS
# NOT SCANNED